GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
KRISTEN SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TARA WIDMER, an individual, on behalf of herself, the general public and those similarly situated<br><br>    Plaintiff,<br><br>              v.<br><br>BRIDGEPORT FINANCIAL, INC.; and ROGER O. YOUNG;<br><br>    Defendants. | CASE NO. 13-cv-04748-PJH<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Judge:  Hon. Phyllis J. Hamilton |

On January 27, 2014, the parties filed a joint stipulation for dismissal with prejudice. Having carefully considered the joint stipulation, the Court is of the opinion that it should be GRANTED. The Court hereby dismisses, with prejudice, Plaintiff Tara Widmer's claims against Defendants Bridgeport Financial, Inc. and Roger O. Young. The class claims are dismissed without prejudice.

IT IS SO ORDERED

Dated:  Lcpwct{"49."4236



Hon. Phyllis J. Hamilton, United States District Court Judge